**FILED**

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA-20-0103

| | |
|---|---|
| In re the Parenting of A.H., <br> A Minor Child, <br><br> EDWARD "JIMMY" HAERR, <br>       Petitioner/Appellee, <br><br>   v. <br><br> TIFFANY P. WHELAHAN, <br>       Respondent/Appellant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER FOR ADDITIONAL TIME TO FILE OPENING BRIEF**

Upon review of the Respondent/Appellant Unopposed Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Respondent/Appellant shall have an additional thirty (30) days from the original due date to file their Opening Brief. Respondent/Appellant Opening Brief will be due May 27, 2020.

Dated this _____ day of _____, 2020.

_____
Ed Smith
Clerk of Supreme Court

cc: Jami Rebsom
    Courtney Lawellin

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 21 2020